IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-475-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLIFTON WEST, and MARY WEST,
individually, and as trustees, and MLW
RENTALS LLC,

    Defendants.

**ORDER**

This matter is before the court on the government's two Motions to Compel. [DE-62 & 74]. Defendants did not respond to either motion. Accordingly, the motion is ripe for review.

The government requests that the court order Defendants to produce various documents, including email correspondence, an attorney trust account ledger, and Excel spreadsheets, prepared by Clifton C. West, on his computer, among others. [DE-62]. Because it appears that these documents should have been produced in response to various requests for production by the government, and because Defendants have not responded, the court **GRANTS** the government's motions to compel.

In addition, the government requests that the court order Defendant Clifton West to answer interrogatories and a request for production of documents, as Defendant Clifton West's time to answer the discovery has expired and he has not responded. Accordingly,

the court **GRANTS** the government's motion to compel discovery against Clifton C. West. [DE-74].

This 9th day of January 2008.

DAVID W. DANIEL
UNITED STATES MAGISTRATE JUDGE