IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:07-CV-475-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER FOR FINAL |
| | ) | JUDGMENT PURSUANT TO |
| v. | ) | RULE 54 OF THE FEDERAL |
| | ) | RULES OF CIVIL PROCEDURE |
| CLIFTON WEST, and MARY LYNN WEST, | ) | AND ORDER DISMISSING |
| individually, and as trustees, | ) | REMAINING CLAIMS AND |
| CLIFF AND MARY LYNN WEST LIVING | ) | PARTIES WITHOUT PREJUDICE |
| TRUST, and MLW RENTALS LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The matter before the Court is the Motion by the United States, by and through the United States Attorney's Office, requesting that the Court enter final judgment against the defendants, Mary Lynn West, individually and as trustee of the Cliff West and Mary Lynn West Living Trust, and MLW Rentals, LLC, pursuant to the parties' agreement and Consent Order entered on May 18, 2009, (DE# 112), and Motion by the United States to dismiss the remainder of the claims and parties without prejudice to the United States.

The Court, after a review of the pleadings and the file in this matter, finds that there is no just reason for delay in the entry of final judgment against the parties in the Consent Order for the claims set forth in the Amended Complaint.

Wherefore, pursuant to Rule 54(b), the Court directs the United States District Court to enter final judgment against the

parties enumerated in the Consent Order, previously entered by
this Court on May 18, 2009. Further, the Court orders that the
remaining claims and parties are hereby dismissed without
prejudice.

SO ORDERED.

THIS, the ___**20**___ day of ___*July*___, 2009.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE