AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>_____  )<br>CLIFTON WEST, and MARY LYNN WEST,  )<br>individually, and as trustees, CLIFF and MARY  )<br>LYNN WEST LIVING TRUST, and MLW  )<br>RENTALS LLC,  )<br>        Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:07-CV-475-D |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that pursuant to Rule 54(b), the Court directs the United States District Court to enter final judgment against the parties enumerated in the Consent Order, previously entered by this Court on May 18, 2009. Further, the Court orders that the remaining claims and parties are hereby dismissed without prejudice.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 20, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

S. Katherine Burnette  
310 New Bern Ave., Room 800  
Raleigh, NC 27601

Richard M. Wiggins  
P.O. Box 87009  
Fayetteville, NC 28304-7009

July 20, 2009  
Date

DENNIS P. IAVARONE  
Clerk of Court

*Wilmington, North Carolina*

/s/ Susan K. Edwards  
*(By) Deputy Clerk*